# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARTY SCOTT FITZGERALD,

    Plaintiff(s),

v.

LISA WALSH, et al.,

    Defendant(s).

Case No.: 2:19-cv-01818-RFB-NJK

**ORDER**

    This case has been referred for an inmate early mediation. Docket No. 5 at 12. Although Plaintiff has updated his mailing address, Docket No. 4, he has not provided an email address or phone number at which he can be contacted, *see* Local Rule IA 3-1. To better facilitate the mediation process, Plaintiff must file a notice providing (1) either his email address or a statement that Plaintiff does not have an email address, (2) either his telephone number or a statement that Plaintiff does not have a telephone number, and (3) a statement as to whether Plaintiff has internet access such that the mediation can take place remotely by video. This notice must be filed by January 19, 2021.

    IT IS SO ORDERED.

    Dated: December 28, 2020

                                                                           Nancy J. Koppe
United States Magistrate Judge

1