# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARTY SCOTT FITZGERALD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LISA WALSH, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-01818-RFB-NJK<br><br>**ORDER EXTENDING STAY** |

Concurrently herewith, the Court is issuing an order scheduling the inmate early mediation for April 2, 2021. Accordingly, the stay in this case is **EXTENDED** to April 5, 2021. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

The report from the Attorney General's Office is also due by April 5, 2021.

**IT IS SO ORDERED.**

DATED: January 28, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE