1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  MARTY SCOTT FITZGERALD,

11          Plaintiff(s),

12  v.

13  LISA WALSH, et al.,

14          Defendant(s).

Case No.: 2:19-cv-01818-RFB-NJK

**ORDER**

15      Plaintiff has failed to update his address.  *See* Docket No. 15, 16.  "A party, not the district

16  court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey*

17  *v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir.

18  1991).  To that end, the local rules require that litigants immediately file with the Court written

19  notification of any change of address, and expressly warn that failure to do so may result in case-

20  dispositive sanctions.  *See* Local Rule IA 3-1.

21      Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by March

22  12, 2021.  **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL**

23  **OF THIS CASE.**

24      IT IS SO ORDERED.

25      Dated: February 26, 2021

26

27                                                      Nancy J. Koppe
                                                       United States Magistrate Judge

28

1