# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTY SCOTT FITZGERALD,

    Plaintiff(s),

v.

LISA WALSH, et al.,

    Defendant(s).

Case No.: 2:19-cv-01818-RFB-NJK

**ORDER**

This case is set for an inmate early mediation. Docket No. 12. It appears that Plaintiff is no longer in NDOC custody. *See* Docket Nos. 15-16. To better facilitate the mediation process, Plaintiff must file a notice providing (1) either his email address or a statement that Plaintiff does not have an email address, (2) either his telephone number or a statement that Plaintiff does not have a telephone number, and (3) a statement as to whether Plaintiff has internet access such that the mediation can take place remotely by video. This notice must be filed by March 12, 2021.

IT IS SO ORDERED.

Dated: February 26, 2021

                                          Nancy J. Koppe
                                          United States Magistrate Judge