1

2

3                        UNITED STATES DISTRICT COURT

4                              DISTRICT OF NEVADA

5     MARTY SCOTT FITZGERALD,                        Case No.  2:19-cv-01818-RFB-NJK

6                 Plaintiff,                                     ORDER

7          v.

8     LISA WALSH et al.,

9                 Defendants.

10

11
           In light of the order reopening this case, Docket No. 32, the Court reinstates the application
12
     to proceed *in forma pauperis* as an active, pending motion.  Docket No. 1.  The Court previously
13
     denied the application as moot because Plaintiff was no longer incarcerated and had not updated
14
     his address.  Docket No. 24.  However, Plaintiff is now back in custody at the Northern Nevada
15
     Correctional Center ("NNCC").
16
           IT IS THEREFORE ORDERED that the Clerk of the Court will reinstate the application
17
     to proceed *in forma pauperis*, Docket No. 1, as an active, pending motion.
18
           IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff a one-time
19
     courtesy copy of the complaint.  Docket No. 6.
20
           IT IS SO ORDERED.
21
           DATED:  February 9, 2022.
22

23                                                    _____
                                                      NANCY J. KOPPE
24                                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28